Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARIA MALTESE, as Administratrix of the Estate of NICHOLAS MALTESE, Deceased, Appellant, *v.* OVERSEAS SHIPPING COMPANY, INC., Respondent.

*Negligence — master and servant — release — action for death of employee — defense that employee had executed release on settlement of claim.*

*Maltese* v. *Overseas Shipping Co., Inc.,* 217 App. Div. 754, affirmed.
(Argued January 17, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1926, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer. The defense was that intestate in his lifetime had executed a release in settlement of his claim against defendant.

*Ralph Stout* for appellant.

*Everett W. Bovard* and *Norman G. Hewitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

HELEN KAYSER, as Administratrix of the Estate of CARL KAYSER, Deceased, Respondent, *v.* 150 EAST 52ND STREET, INC., et al., Appellants, Impleaded with Others.

*Negligence — building — elevators — death of employee on building from falling down hoistway.*

*Kayser* v. *150 East 52nd St., Inc.,* 220 App. Div. 749, affirmed.
(Argued January 17, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial